

FILED

OCT 19 2016

Clerk, U.S. District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, | CV 14-13-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior, | |
| Federal Defendants, | |
| and | |
| STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION, | |
| Defendant-Intervenors. | |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC, | CV 14-103-BLG-SPW |
| Plaintiffs, | |
| vs. | |
| SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE | |

OF SURFACE MINING RECLAMATION
AND ENFORCEMENT,

                Federal Defendants,
   and

STATE OF MONTANA, SPRING CREEK
COAL LLC, NATIONAL MINING
ASSOCIATION,

              Defendant-Intervenors.

On January 21, 2016, the Court ordered the Federal Defendants to prepare

an updated environmental assessment that complied with the National

Environmental Policy Act and to provide the Court with monthly status reports on

progress for 240 days. (Doc. 135). The Federal Defendants have given notice of

compliance with the Court's Order. (Doc. 153).

The Clerk of Court shall enter judgment in favor of the Plaintiffs and close

this case.

DATED this _18th_ day of October, 2016.

SUSAN P. WATTERS
United States District Judge